**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8362**

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff - Appellee,

　　　v.

CLAUDIO OTERO, JR., a/k/a Bill,

　　　　　　　　Defendant - Appellant.

**No. 09-7417**

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff - Appellee,

　　　v.

CLAUDIO OTERO, JR., a/k/a Bill,

　　　　　　　　Defendant - Appellant.

Appeals from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, District Judge. (6:99-cr-70054-nkm-mfu-6)

Submitted: May 27, 2010　　　　　　Decided: June 15, 2010

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

———————————

Claudio Otero, Jr., Appellant Pro Se.  Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claudio Otero, Jr., appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006) and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Otero</u>, No. 6:99-cr-70054-nkm-6 (W.D. Va. Sept. 15, 2008 & July 15, 2009). We deny Otero's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>